UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYA S. REED,<br><br>            Plaintiff,<br><br>      v.<br><br>J. FLORES, et al.,<br><br>            Defendants. | No. 2:23-cv-1876-CKD P<br><br><br><br>ORDER |

On April 23, 2024 defendants filed a partial motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 15. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed February 2, 2024, plaintiff was advised that failure to comply with the Local Rules might result in a recommendation that the action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Failure to file an

1  opposition will be deemed as a statement of non-opposition and shall result in a recommendation
2  that the motion be granted.
3  Dated:  September 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11  12/reed23cv1876.46.osc