UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYA S. REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FLORES, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-01876-TLN-CKD<br><br><br>**ORDER** |

　　　　Plaintiff Zaya S. Reed ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 13, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations and Defendants Flores, Torres, Ruiz, and Sorvetti ("Defendants") filed a response.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations (ECF No. 25) are adopted in full;

2. Defendants' Motion to Dismiss (ECF No. 15) is GRANTED as to the access to courts claim and access to counsel claim against Defendant Sorvetti and DENIED as to the retaliation claim against Defendants Torres and Ruiz; and

3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Date: February 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE