UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYA S. REED, | No. 2:23-cv-1876-TLN-CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. FLORES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief under 42 U.S.C. § 1983. Defendants filed a motion to dismiss some of plaintiff's claims. On February 12, 2025, the court granted in part and denied in part defendant's motion to dismiss. Specifically, the court granted the motion as to the claims against defendant Sorvetti, and denied the motion as to the retaliation claims against defendants Torres and Ruiz. (ECF No. 28.) This case now proceeds on plaintiff's First Amendment retaliation claim and Fourteenth Amendment excessive force claim against defendants Torres and Ruiz.

Defendants Torres and Ruiz will be ordered to answer plaintiff's complaint. After defendants file their answer, the court will issue a discovery and scheduling order with more information about the discovery process and with discovery and dispositive motion deadlines for this case.

Plaintiff has filed a motion indicating plaintiff seeks discovery material from defendants.

1

(ECF No. 29.) Specifically, as to plaintiff's remaining claims, the motion indicates plaintiff seeks a body camera video recording and that plaintiff has served a request on all parties.

Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests being served nor a party's responses should be filed with the court unless as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Instead, discovery requests shall be served on the opposing party's attorney if the opposing party is represented by counsel. In other words, discovery requests and responses shall not be filed with the court unless, and until, they are at issue. In addition, plaintiff must serve a discovery request to a named defendant by serving it to their counsel before requesting this court to compel production of the material.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. The Clerk is directed to terminate Sgt. Sorvetti as a defendant in this case.

2. Within 21 days of the date of this order, defendants Torres and Ruiz shall file a responsive pleading to the operative complaint.

3. Plaintiff's motion for discovery (ECF No. 29) is denied without prejudice.

Dated:  February 28, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, reed1876.answ.411