UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAYA S. REED, | No. 2:23-cv-1876-TLN-CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J. FLORES, et al., | |
| Defendants. | |

Plaintiff Zaya Reed filed this case while in jail and proceeds pro se and in forma pauperis under 42 U.S.C. § 1983. On October 10, 2025, defendants filed a motion for summary judgment. (ECF No. 39.) Plaintiff has failed to file a timely response to the motion for summary judgment.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." <u>Id.</u> Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." <u>Id.</u> Plaintiff is hereby cautioned that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order

1

states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these admonitions in place, plaintiff is granted 21 days from the date of this order to file an opposition or statement of non-opposition to defendants' motion for summary judgment.

Good cause appearing, IT IS ORDERED that, within 21 days from the date of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary judgment; defendants may file a reply within 14 days of any opposition filed by plaintiff. Plaintiff is cautioned that failure to file an opposition or otherwise respond to this order will result in a recommendation that this case be dismissed.

Dated: November 18, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 reed1876.nooppo

2