UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAYA S. REED,

         Plaintiff,

      v.

J. FLORES, et al.,

         Defendants.

No.  2:23-cv-1876-TLN-CKD P

FINDINGS AND RECOMMENDATIONS

By order filed November 18, 2025, plaintiff was ordered to file an opposition, if any, to defendants' motion for summary judgment, within 21 days.  Plaintiff was specifically cautioned that "failure to file an opposition or otherwise respond to this order will result in a recommendation that this case be dismissed." (ECF No. 41 at 2.) The extra time granted for plaintiff to file an opposition to defendants' motion for summary judgment has expired and plaintiff has not opposed the motion or otherwise responded to the court's order.

Although the record reflects that plaintiff's copy of that court order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

"District courts have inherent power to control their dockets" and, in exercising that power, may impose sanctions, including dismissal of an action. Thompson v. Housing Auth., City

1

of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986). In determining whether to dismiss an action, the court considers several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions. Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

The court has considered the factors set forth above and finds they favor dismissal. Plaintiff's failure to comply with the court's order and the Local Rules suggests plaintiff has abandoned this action. Moreover, plaintiff has failed to keep the court apprised of plaintiff's current address of record and this case cannot proceed without plaintiff's participation.

For the reasons set forth above, IT IS RECOMMENDED as follows:

1. This action be dismissed without prejudice. See Fed. R. Civ. P. 41(b); Local Rule 183(b).

2. Defendant's motion for summary judgment (ECF No. 39) be denied as moot.

3. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within seven days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 21, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 reed1876.41b.msj

2