UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ZAYA S. REED,

　　　　　　　Plaintiff,

　　　v.

J. FLORES, et al.,

　　　　　　　Defendants.

No. 2:23-cv-1876-TLN-CKD

**ORDER**

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 43.)  Neither party filed objections to the findings and recommendations.

Although it appears from the docket that Plaintiff's copy of the findings and recommendations was returned as not deliverable as addressed, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents to a party's address of record is considered fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1.   The findings and recommendations (ECF No. 43) are ADOPTED in full.

2.   This action is dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 183(b).

3.   Defendant's motion for summary judgment (ECF No. 39) is DENIED as moot.

4.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE